UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMANUEL BRYANT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CASIO, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:16-cv-003011-APG-VCF<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF No. 3) |

　　　　On January 12, 2017, Magistrate Judge Ferenbach recommended that I dismiss plaintiff Emanuel Bryant's complaint without prejudice because his allegations of race discrimination under 42 U.S.C. § 1981 were too speculative. ECF No. 3. Bryant did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　IT IS THEREFORE ORDERED that Judge Ferenbach's report and recommendation **(ECF No. 3) is accepted** and the complaint (ECF No. 1-1) is dismissed without prejudice.

　　　　IT IS FURTHER ORDERED that plaintiff Emanuel Bryant may file an amended complaint on or before March 10, 2017. Failure to file an amended complaint will result in dismissal of this case without prejudice.

　　　　DATED this 6th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE