# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMANUEL BRYANT, | Case No.: 2:16-cv-03011-APG-VCF |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| KAZUA KASHIO, et al., | |
| Defendants | |

Magistrate Judge Ferenbach set a May 31, 2019 deadline for plaintiff Emanuel Bryant to file an amended complaint. ECF No. 7. Bryant did not object to Judge Ferenbach's order or file an amended complaint, and Judge Ferenbach's order was returned in the mail. ECF No. 8. I therefore dismiss this case without prejudice.

IT IS THEREFORE ORDERED this case is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 13th day of June, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE